# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **In re Jose A. COSSIO, Jr.** | **)** | **Misc. Dkt. No. 2023-09** |
| *Petitioner* | **)** | |
| | **)** | |
| | **)** | |
| | **)** | **ORDER** |
| | **)** | |
| | **)** | |
| | **)** | |
| | **)** | **Special Panel** |

On 3 October 2023, this court received a petition *pro se* for extraordinary relief in the nature of a writ of coram vobis in this case. The petition was docketed with this court on 4 October 2023.

It is by the court on this 26th day of October, 2023,

**ORDERED:**

The petition for extraordinary relief in the nature of a writ of coram vobis is hereby **DENIED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court